**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**IRVIN PAYNE**                                                          **PLAINTIFF**

**v.**                                                              **No. 4:25CV27-JMV**

**SUPERINTENDENT MCCLURE, ET AL.**                                       **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is

**DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting

as a "strike" under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 23rd day of April, 2026.


                                                    /s/   Jane M. Virden
                                                    UNITED STATES MAGISTRATE JUDGE